```
                  UNITED STATES DISTRICT COURT
                    DISTRICT OF CONNECTICUT
```

| | |
|---|---|
| UNITED STATES OF AMERICA,   : | |
| : | |
|     Plaintiff,   : | |
| : | |
| v.   : | CASE NO.  3:13MC116(RNC) |
| : | |
| CLAYTON HOLDINGS,   : | |
| : | |
|     Defendant.   : | |

### ORDER TO SHOW CAUSE

Upon application of Petitioner the United States of America for an order compelling Clayton Holdings, LLC to comply with the subpoena served upon Clayton Holdings, LLC on July 2, 2013, pursuant to 12 U.S.C. § 1833a(g)(2),

IT IS HEREBY ORDERED that Respondent Clayton Holdings, LLC shall appear before this Court, at the United States Courthouse, 450 Main Street, Hartford, Connecticut in the East Courtroom on September 24, 2013 at 10:00 a.m. to show cause why the order requested by the United States should not be granted.

IT IS FURTHER ORDERED that a copy of this Order, together with the Petition, shall be served upon Respondent, on or before September 16, 2013.

SO ORDERED at Hartford, Connecticut this 10th day of September, 2013.

```
                       _____/s/_____
                       Donna F. Martinez
                       United States Magistrate Judge
```